UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TAMARA WAREKA p/k/a TAMARA WILLIAMS, <br><br> Plaintiff, <br><br> v. <br><br> BEAUTY PRO NYC. INC and DOES 1 through 10 inclusive <br><br> Defendant. | Case No.: **1:24-cv-02025-CM** <br><br> [PROPOSED] <br><br> **FORM OF JUDGMENT** <br><br> USDC SDNY <br> DOCUMENT <br> ELECTRONICALLY FILED <br> DOC #: _____ <br> DATE FILED: 10/7/2024 |

## FORM OF JUDGMENT

**WHEREAS,** Plaintiff Tamara Wareka p/k/a Tamara Williams asserted a claim for copyright infringement and falsification of copyright management information against Defendant Flawless Kitty LLC on June 30, 2023.

**WHEREAS,** Plaintiff served Defendant with the Summons and Complaint on April 23, 2024 with Defendant's Answer due on May 14, 2024.

**WHEREAS,** Defendant failed to answer or otherwise respond to the Complaint by the required deadline and Plaintiff moved for an Entry of a Certificate of Default on May 28, 2024.

**WHEREAS,** the Clerk entered a Certificate of Default as to Defendant Flawless Kitty LLC on May 29, 2024.

**WHEREAS,** Plaintiff moved the Court for an entry of Default Judgment

**WHEREAS,** Plaintiff Tamara Wareka p/k/a Tamara Williams asserted a claim for copyright infringement and falsification of copyright management information against Defendant Flawless Kitty LLC on June 30, 2023.

**WHEREAS,** Plaintiff served Defendant with the Summons and Complaint on April 23, 2024 with Defendant's Answer due on May 14, 2024.

**WHEREAS,** Defendant failed to answer or otherwise respond to the Complaint by the required deadline and Plaintiff moved for an Entry of a Certificate of Default on May 28, 2024.

**WHEREAS,** the Clerk entered a Certificate of Default as to Defendant Flawless Kitty LLC on May 29, 2024.

**WHEREAS,** Plaintiff moved the Court for an entry of Default Judgment on September 4, 2024.

**WHEREAS,** the Court granted Plaintiff's Request for Default Judgment and found Defendant liable for the copyright infringement of Plaintiff's Photograph; and for good cause shown;

**IT IS HEREBY ORDERED, ADJUGED, AND DECREED:**

1. Plaintiff's Motion for Default Judgment (Dkt #18) is GRANTED.

2. Judgment is hereby entered in favor of Plaintiff Tamara Williams and against Defendant Beauty Pro NYC Inc pursuant to 17 U.S.C. § 504, 17 U.S.C. § 505, and 17 U.S.C. § 1202(b).

3. Defendant and its agents shall be permanently enjoined by from

infringing, by any means and inducing copyright infringement by any means, of the exclusive rights of Plaintiff, under the Copyright Act, in the Beauty Photograph on its Instagram or any other website.

4. Defendant is hereby ordered to pay statutory damages for willful infringement pursuant to 17 U.S.C. § 504 in the amount of $15,000.00.

5. Defendant is hereby ordered to pay statutory damages for falsification of copyright management information pursuant to 17 U.S.C. § 1203 in the amount of $2,500.

6. Defendant is hereby ordered to pay Plaintiff's attorney fees pursuant to 17 U.S.C. § 505 in the amount of $2,226.25.

7. Defendant is hereby ordered to pay Plaintiff's cost pursuant to 17 U.S.C. § 505 in the amount of $862.00.

8. Post-judgment interest shall accrue at the rate of 0.25% per annum, in accordance with 28 U.S.C. § 1961, from the day of entry of this Default Judgment until the Judgment Amount and all accrued interest are paid in full by Defendant to the Plaintiff; and,

9. The Court shall retain jurisdiction of this matter for purposes of enforcing the terms of this Default Judgment.

Manhattan, New York
Dated: 10/7/2024

[Handwritten annotation in left margin: "#4. This case is referred to The Hon. ONA T. Wang for an inquest into damages."]

[Signature]

```
PCL XL error

    Subsystem:  USERSTREAM
    Error:      MissingData
    Operator:   BezierPath
    Position:   730836
```