## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

TAMARA WAREKA p/k/a TAMARA WILLIAMS,

                    Plaintiff,

v.

BEAUTY PRO NYC, INC and DOES 1 through 10 inclusive

                    Defendant.

Case No.: **1:24-cv-02025-CM**

**[PROPOSED] FINAL DEFAULT JUDGMENT**



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/13/2026

### FORM OF JUDGMENT

**WHEREAS,** Plaintiff Tamara Wareka p/k/a Tamara Williams asserted a claim for copyright infringement against Defendant Beauty Pro NYC Inc on March 18, 2024.

**WHEREAS,** Plaintiff served Defendant with the Summons and Complaint on April 23, 2024 with Defendant's Answer due on May 14, 2024.

**WHEREAS,** Defendant failed to answer or otherwise respond to the Complaint by the required deadline and Plaintiff moved for an Entry of a Certificate of Default on May 28, 2024.

**WHEREAS,** the Clerk entered a Certificate of Default as to Defendant Beauty Pro NYC Inc on May 29, 2024.

**WHEREAS,** the Court granted Plaintiff's Request for Default Judgment

1

and found Defendant liable for the copyright infringement of Plaintiff's Photograph; and for good cause shown;

**IT IS HEREBY ORDERED, ADJUGED, AND DECREED:**

1. Plaintiff's Motion for Default Judgment (Dkt #18) is GRANTED.

2. Judgment is hereby entered in favor of Plaintiff Tamara Williams and against Defendant Beauty Pro NYC Inc pursuant to 17 U.S.C. § 504 and 17 U.S.C. § 505.

3. Defendant is hereby ordered to pay statutory damages for willful infringement pursuant to 17 U.S.C. § 504 in the amount of $15,000.

4. Defendant is hereby ordered to pay statutory damages for falsification of copyright management information pursuant to U.S.C. §1203 in the amount of $2,500.

5. Defendant is hereby ordered to pay Plaintiff's attorney fees pursuant to 17 U.S.C. § 505 in the amount of $2,713.75.

6. Defendant is hereby ordered to pay Plaintiff's cost pursuant to 17 U.S.C. § 505 in the amount of $682.00.

7. Post-judgment interest shall accrue at the rate of 4.2% per annum, in accordance with 28 U.S.C. § 1961, from the day of entry of this Default Judgment until the Judgment Amount and all accrued interest are paid in full by Defendant to the Plaintiff; and,

8. The Court shall retain jurisdiction of this matter for purposes of enforcing the terms of this Default Judgment.

New York, New York

Dated: 2/13/2026

_____
Hon. Colleen McMahon
UNITED STATES DISTRICT JUDGE

This document was entered on
the docket on ___February 13, 2026___